YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG.
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
Attorney for Defendant
CLINTON BECKER

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-CR-110-JCM-VCF |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION AND REQUEST** |
| | ) | **TO CONTINUE SENTENCING** |
| CLINTON BECKER, | ) | **(SECOND REQUEST)** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATION: This Stipulation and Order is being timely filed.**

The parties, Defendant Clinton T. Becker, by and through his counsel, Yi Lin Zheng, and

Plaintiff, United States of America, represented by Steven W. Myhre, Acting United States

Attorney, and Dan Cowhig and Kilby Macfadden, Assistant United States Attorneys, stipulate and

request that the Court continue the sentencing hearing in this matter, currently scheduled for

October 17, 2017 at 10:00 a.m., to a date convenient to the Court after May 1, 2018.

The parties make this stipulation and request because:

1.  The government's investigation into related criminal activity by others is ongoing;

2.  The defendant's plea agreement includes cooperation provisions. The instant case is
    related to United States v. Daniel M. Boyar, et al, 2:17-cr-21-JCM-GWF, currently
    scheduled for trial beginning on March 26, 2018;

3.  In the view of the United States and the defendant, this case is not ripe for sentencing;

4.  Defendant Becker is not in custody and specifically requests this continuance;

5.  Defendant Becker waives any right he may have to a speedy sentencing in this matter, and;

6.  The defendant asserts that denial of this request for continuance could result in a miscarriage of justice.

This is the second request for a continuance of the sentencing in this case.

RESPECTFULLY SUBMITTED this 18th day of August, 2017.


_____/s/_____                    _____/s/_____
YI LIN ZHENG, ESQ.                               DAN COWHIG
Nevada Bar No. 10811                             Assistant United States Attorney
MOMOT & ZHENG .                                  District of Nevada
520 So. Fourth St., Ste. 300                     501 Las Vegas BLVD S. STE 1100
Las Vegas, Nevada 89101                          Las Vegas, Nevada 89101-6514
Attorney for Defendant

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　　)　　　2:16-CR-110-JCM-VCF
　　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　　**ORDER TO CONTINUE**
CLINTON BECKER,　　　　　　　　　　　)　　　**SENTENCING DATE**
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

　　　　　This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court Hereby finds that:

1. The government's investigation into related criminal activity by others is ongoing. The defendant's plea agreement includes cooperation provisions. The instant case is related to United States v. Daniel M. Boyar, et al, 2:17-cr-21-JCM-GWF, currently scheduled for trial beginning on March 26, 2018. Accordingly, in the view of the United States and the defendant, this case is not ripe for sentencing. Defendant Becker is not in custody and specifically requests this continuance of his sentencing currently scheduled for October 17, 2017 at 10:00 a.m., to a date convenient to the Court after May 1, 2018.

2. The Court Hereby concludes that the ends of justice are best served by granting this continuance of defendant Becker's sentencing.

## <u>ORDER</u>

　　　　　**IT THEREFORE ORDERED** that the sentencing hearing, currently scheduled for October 17, 2017 is vacated and reset for **Thursday, May 3, 2018 at 10:00 a.m.**

　　　　　　　　　　**IT IS SO ORDERED** August 23, 2017.



　　　　　　　　　　UNITED STATES DISTRICT JUDGE