YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG
520 S. 4th St. Suite 300
Las Vegas, NV 89101
(702) 385-7170- Telephone
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-cr-110-JCM-VCF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING HEARING |
| CLINTON T. BECKER | |
| Defendant. | |

Defendant, CLINTON T. BECKER, by and through his attorney of record, YI LIN ZHENG, ESQ., and the United States of America, by and through United States Attorney Dayle Elieson and Assistant United States Attorney Dan Cowhig, stipulate and request that the Court continue his sentencing hearing, currently scheduled May 3, 2018 at 10:00 a.m. until after Mid-September 2018 or at a date convenient for the Court. The government's investigation into related criminal activity by others is ongoing. The defendant's plea agreement includes cooperation provisions. The instant case is related to USA v. Daniel Boyar et al., 2:17-cr-21-JCM-GWF.

Accordingly, in the view of the Government and the Defendant, this case is not ripe for sentencing. Defendant Becker is not in custody, and specifically requests this continuance.

Defendant Becker is in compliance with his release conditions. Defendant Becker waives any right he may have to a speedy sentencing in this matter.

WHEREFORE, the parties stipulate and request that the Court continue defendant Becker's sentencing hearing, currently scheduled for May 3, 2018 at 10:00 a.m. until a date after mid-September 2018 or to a date convenient for the Court.

RESPECTFULLY SUBMITTED this _____ day of April, 2018.

_____/s/_____
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG
520 S. 4th St. Suite 300
Las Vegas, NV 89101
Attorney for Defendant

_____/s/_____
DAYLE ELIESON
United States Attorney
DAN COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste 1100
Las Vegas, NV 89101

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CLINTON T. BECKER,

       Defendant.

CASE NO. 2:16-cr-110-JCM-VCF

ORDER CONTINUING SENTENCING HEARING

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based upon the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. The government's investigation into related criminal activity by others is ongoing. The Defendant's plea agreement includes cooperation provisions. The instant case is related to <u>USA v. Daniel M. Boyar et al.</u>, 2:17-cr-21-JCM-GWF. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Becker is not in custody and has no objection to a continuance of her sentencing hearing, currently scheduled for May 3, 2018 at 10:00 a.m. until after mid-September, 2018 or to a date convenient for the Court.

2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Becker's sentencing.

## ORDER

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for Wednesday May 3, 2018 at 10:00 a.m., be continued to the **26th day of September, 2018 at 10:00 a.m.**

**IT IS SO ORDERED** this 30th day of April, 2018

_____
UNITED STATES DISTRICT COURT JUDGE