| | |
|---|---|
| YI LIN ZHENG, ESQ. | |
| Nevada Bar No. 10811 | |
| MOMOT & ZHENG | |
| 530 So. Seventh St. | |
| Las Vegas, NV 89101 | |
| (702) 385-7170- Telephone | |
| Attorney for Defendant | |
| CLINTON BECKER | |

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:16-cr-110-JCM-VCF |
| | ) | |
| vs. | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| CLINTON T. BECKER | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, CLINTON T. BECKER, by and through his attorney of record, YI LIN ZHENG, ESQ., and the United States of America, by and through United States Attorney Dayle Elieson and Assistant United States Attorney Dan Cowhig, stipulate and request that the Court continue his sentencing hearing, currently scheduled for September 26, 2018 at 10:00 a.m., for ninety (90) days or at a date convenient for the Court. The government's investigation into related criminal activity by others is ongoing. The defendant's plea agreement includes cooperation provisions. The instant case is related to USA v. Daniel Boyar et al., 2:17-cr-21-JCM-GWF.

Accordingly, in the view of the Government and the Defendant, this case is not ripe for sentencing. Defendant Becker is not in custody, and specifically requests this continuance. Defendant Becker is in compliance with his release conditions. Defendant Becker waives any right he may have to a speedy sentencing in this matter.

1 | WHEREFORE, the parties stipulate and request that the Court continue defendant Becker's sentencing hearing, currently scheduled for September 26, 2018 at 10:00 a.m., for ninety (90) days or to a date convenient for the Court.

RESPECTFULLY SUBMITTED this _____ day of September 2018.

_____/s/_____  　　　　　　_____/s/_____
YI LIN ZHENG, ESQ. 　　　　　　　　　　DAYLE ELIESON
Nevada Bar No. 10811 　　　　　　　　　　United States Attorney
MOMOT & ZHENG 　　　　　　　　　　　DAN COWHIG
520 S. 4th St. Suite 300 　　　　　　　　　Assistant United States Attorney
Las Vegas, NV 89101 　　　　　　　　　　501 Las Vegas Blvd. So., Ste 1100
*Attorney for Defendant* 　　　　　　　　Las Vegas, NV 89101
*Clinton Becker* 　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　*United States of America*

|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT COURT OF NEVADA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:16-cr-110-JCM-VCF |
| | ) | |
| vs. | ) | |
| | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| CLINTON T. BECKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based upon the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. The government's investigation into related criminal activity by others is ongoing. The Defendant's plea agreement includes cooperation provisions. The instant case is related to USA v. Daniel M. Boyar et al., 2:17-cr-21-JCM-GWF. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Becker is not in custody and has no objection to a continuance of his sentencing hearing, currently scheduled for September 26, 2018 at 10:00 a.m., for ninety (90) days or to a date convenient for the Court.

2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Becker's sentencing.

**ORDER**

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for September 26, 2018 at 10:00 a.m., be continued to the **January 3, 2019 at 10:00 a.m., in Courtroom 6A.**

**IT IS SO ORDERED** September 19, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE