YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG
530 So. Seventh St.
Las Vegas, NV 89101
(702) 385-7170- Telephone
Attorney for Defendant
CLINTON BECKER

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CASE NO. 2:16-cr-110-JCM-VCF |
| vs. | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| CLINTON T. BECKER | ) ) ) | |
| Defendant. | ) ) | |

Defendant, CLINTON T. BECKER, by and through his attorney of record, YI LIN ZHENG, ESQ., and the United States of America, by and through United States Attorney Dayle Elieson and Assistant United States Attorney Dan Cowhig, stipulate and request that the Court continue his sentencing hearing, currently scheduled for January 3, 2019 for thirty (30) days or at a date convenient for the Court. The government's investigation into related criminal activity in the related case <u>USA v. Daniel Boyar et al.</u>, 2:17-cr-21-JCM-GWF, has concluded.

Accordingly, in the view of the Government and the Defendant, this case is not ripe for sentencing. Defendant Becker is not in custody and resides out of state, and specifically requests this continuance. Additional time is requested to allow defendant to make travel arrangements to Las Vegas. Defendant Becker is in compliance with his release conditions. Defendant Becker waives any right he may have to a speedy sentencing in this matter.

WHEREFORE, the parties stipulate and request that the Court continue defendant Becker's sentencing hearing, currently scheduled for January 3, 2019 at 10:00 a.m., for thirty (30) days or to a date convenient for the Court.

RESPECTFULLY SUBMITTED this 27th day of November 2018.

| | |
|---|---|
| _____/s/_____<br>YI LIN ZHENG, ESQ.<br>Nevada Bar No. 10811<br>MOMOT & ZHENG<br>520 S. 4th St. Suite 300<br>Las Vegas, NV 89101<br>*Attorney for Defendant*<br>*Clinton Becker* | _____/s/_____<br>DAYLE ELIESON<br>United States Attorney<br>DAN COWHIG<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Ste 1100<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff,*<br>*United States of America* |

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:16-cr-110-JCM-VCF |
| ) | |
| vs. ) | |
| ) | ORDER CONTINUING SENTENCING |
| ) | HEARING |
| CLINTON T. BECKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based upon the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. The government and defendant would like to keep sentencing dates close in time with related case. Additional time is requested to allow the defendant to make travel arrangements to Las Vegas. The Defendant's plea agreement includes cooperation provisions. The instant case is related to USA v. Daniel M. Boyar et al., 2:17-cr-21-JCM-GWF. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Becker is not in custody and resides out of state and has no objection to a continuance of his sentencing hearing, currently scheduled for January 3,2019 at 10:00 a.m., for thirty (30) days or to a date convenient for the Court.

2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Becker's sentencing.

//

//

//

//

//

**ORDER**

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for January 3, 2019 at 10:00 a.m., be continued to the 4th day of February, 2019 at 10:00 a.m./p.m in Courtroom 6A.

**IT IS SO ORDERED** November 30, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE