NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-110-JCM-VCF |
| Plaintiff, | FIFTH STIPULATION TO CONTINUE SENTENCING HEARING |
| vs. | |
| CLINTON TAYLOR BECKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and defendant CLINTON TAYLOR BECKER, by and through his counsel of record, Yi Lin Zheng, Esq., that the Sentencing Hearing currently scheduled for currently set for Monday, February 4, 2019 at 10:00 a.m. and continue the sentencing hearing to a date and time convenient to the Court not sooner than 60 days from the current setting.

This Stipulation is entered into for the following reasons:

1

1. The government's investigation into related criminal activity by others is ongoing. The defendant's plea agreement includes cooperation provisions. The instant case is related to <u>United States of America v. Daniel Boyar et al.</u>, 2:17-cr-21-JCM-GWF, and companion cases. Accordingly, in the view of the Government and the Defendant, this case is not ripe for sentencing.

2. Defendant Becker is not in custody, and specifically requests this continuance.

3. Defendant Becker waives any right he may have to a speedy sentencing in this matter.

4. This is the fifth request for a continuance of the sentencing hearing.

## RELIEF REQUESTED

For the reasons stated above, the parties request the Court vacate the sentencing hearing in this matter currently set for Monday, February 4, 2019 at 10:00 a.m. and continue the sentencing hearing to a date and time convenient to the Court not sooner than 60 days from the current setting. A proposed order is attached.

Dated: February 1, 2019

| Counsel for CLINTON TAYLOR BECKER | Counsel for the United States of America<br>NICHOLAS A. TRUTANICH,<br>United States Attorney |
|---|---|
| _____//s//_____<br>YI LIN ZHENG, Esq.<br>Momot & Zheng | _____//s//_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-110-JCM-VCF |
| Plaintiff, | PROPOSED ORDER |
| vs. | |
| CLINTON TAYLOR BECKER, | |
| Defendant. | |

ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the sentencing hearing currently scheduled for Monday, February 4, 2019 at 10:00 a.m. be vacated and continued to April 4, 2019 at 10:00 a.m. . in Las Vegas Courtroom _ 6A

IT IS SO ORDERED February 4, 2019.

_____
UNITED STATES DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the STIPULATION TO CONTINUE SENTENCING HEARING on this date by Electronic Case File system:

>Yi Lin Zheng
>530 S 7th St
>Las Vegas, NV 89101
>(702) 385-7170
>Email: momot.zheng@gmail.com
>Counsel for defendant Clinton Taylor Becker

DATED: February 1, 2019

　　　　　　　　　　　　　　　_____//s//_____
　　　　　　　　　　　　　　　DANIEL J. COWHIG
　　　　　　　　　　　　　　　Assistant United States Attorney