

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLINTON TAYLOR BECKER,<br><br>Defendant. | 2:16-CR-110-JCM-VCF<br><br>**Final Order of Forfeiture** |

This Court found that Clinton Taylor Becker shall pay the in personam criminal forfeiture money judgment of $600,684.90 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 6; Plea Agreement, ECF No. 8; Change of Plea, ECF No. 10; Preliminary Order of Forfeiture, ECF No. 11.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $60,068.49.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Clinton Taylor Becker the in personam criminal forfeiture money judgment of $60,068.49, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to

exceed $3,300,000, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 4th day of April, 2019.

/s/ James C. Mahan
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2