UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
U.S. Probation Office



DATE:       July 28, 2021

FROM:       Vali M. Dye
            U.S. Probation Officer

SUBJECT:    **BECKER, Clinton Taylor**
            **Docket No.: 2:16CR110**
            **<u>REQUEST FOR EARLY TERMINATION OF SUPERVISION</u>**

TO:         The Honorable James C. Mahan
            United States District Judge


Clinton Taylor Becker appeared before the Court for sentencing on April 4, 2019, after being convicted of Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of Title 18 U.S.C. § 1349. The Court sentenced Becker to three years' probation.  His supervision began on April 4, 2019 and is scheduled to expire on April 3, 2022.

Since being on supervision, Mr. Becker has committed no violations of his probation and he has not incurred any new arrests.  Mr. Becker paid his $100 special assessment in full on February 6, 2020 and he has paid $7,030.00 toward his $600,684.90 restitution obligation, which was ordered joint and several with 20 other co-conspirators.  Additionally, Mr. Becker has maintained a stable residence and he has been employed full-time at Wilmington Auto Center in Wilmington, Ohio since 2013.

Mr. Becker was placed on the Low Intensity supervision caseload in March 2021. The Low Intensity caseload was adopted in the Southern District of Ohio in April 2011 and has been implemented by U.S. Probation on a national level.  The development of low intensity caseloads results in existing caseloads being reduced which allows officers to focus their efforts on the offenders who pose a greater risk of noncompliance or recidivism.  This goal is consistent with the risk principle, which is the foundation of effective supervision and programming. The principle declares that criminal behavior can be predicted, offenders distinguished, and supervision and services provided based on the likelihood of future crime. Consistent with 18 U.S.C. §§ 3564(c) and 3583(e), and Monograph 109, Section 380.10, the probation officer may recommend, and the Court has discretion to grant early termination after completion of one year of supervision.

RE:  BECKER, Clinton Taylor                                                                    Page 2

Assistant U.S. Attorney Daniel Cowhig advised he has no objection to Mr. Becker being granted an early release from supervision.

Based upon Mr. Becker's compliance with supervision, it is respectfully recommended that the Court grant him an early termination from probation supervision.  Additionally, the United States Attorney's Office Financial Litigation Unit will continue to collect his monthly restitution payments.

This officer thanks the Court for its consideration in this matter.  Should the Court have any questions, this officer may be contacted at (513) 564-7574.  An Order Terminating Probation has been included with this memo should the Court be in agreement with this officer's recommendation.

Respectfully Submitted,                                    Reviewed and Approved,

Vali M. Dye                                                Darla Huffman
U.S. Probation Officer                                     Supervising U.S. Probation Officer

**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No.  2:16CR110** |
| **BECKER, Clinton Taylor** | ) | |
| | ) | |

**ORDER TERMINATING PROBATION**

The above-named defendant commenced a three-year term of probation supervision on April 4,

2019.  His term is scheduled to expire on April 3, 2022.  Based on the recommendation of the U.S.

Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged

from probation and that the proceedings in the case be terminated.


Dated July 28, 2021



The Honorable James C. Mahan
United States District Judge